STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Social Positioning Input Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § § § § § § § § § § § § | Case No.: 8:21-cv-01536-JLS-KES |
| **Plaintiff,** | | **PATENT CASE** |
| vs. | | |
| **LOCATION BASED TECHNOLOGIES, INC.,** | | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **Defendant.** | | |

Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). On November 17, 2021, the Court ordered the parties to file a stipulation of dismissal; however, Defendant has not made an appearance in this case. Plaintiff respectfully files this Notice of Voluntary Dismissal. According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Location Based Technologies, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: December 2, 2021          Respectfully submitted,

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Social Positioning Input Systems, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Stephen M. Lobbin*
Stephen M. Lobbin